IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Global Accessories, Inc., f/k/a Saddleman, Inc. ) | C.A. No. 8:05-3066-HMH |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION & ORDER** |
| vs. ) | |
| ) | |
| US Autoseat Covers, LLC, and Avi N. Lazarovits, Individually, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the court's sua sponte review of subject matter jurisdiction over the instant action. Global Accessories, Inc., f/k/a Saddleman, Inc. ("Global Accessories") filed suit in this court on October 28, 2005, alleging numerous causes of action against US Autoseat Covers, LLC ("USAC"), and Avi N. Lazarovits ("Lazarovits").

Global Accessories asserts that there is diversity jurisdiction pursuant to 28 U.S.C. § 1332, alleging that the amount in controversy in the action, exclusive of interest and costs, exceeds $75,000, and that complete diversity between the parties exists. Global Accessories is incorporated under the laws of Delaware and has its principal place of business in Utah. Global Accessories alleges that USAC is a limited liability company ("LLC"), organized and existing under the laws of South Carolina, with its principal place of business in South Carolina. However, the citizenship of an LLC is the citizenship of its members. See Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Global Accessories failed to allege either the names of the members of USAC or their citizenship. Moreover, Global Accessories failed to allege where Lazarovits is domiciled. Therefore, to

allow this court to ascertain whether subject matter jurisdiction exists in the instant case, Lazarovits is ordered to provide where he is domiciled, and USAC is ordered to provide the names and citizenship of its members within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

                                                     s/ Henry M. Herlong, Jr.
                                                     United States District Judge

Greenville, South Carolina
January 4, 2006